# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:10-cv-00343-JTM |
| D.M. WARD, LLC and DONALD CRAIG WARD, individually, | ) ) ) ) |
| Defendants. | ) |

## ORDER RE CONSENT OF JUDGMENT BY D.M. WARD, LLC

THE COURT, having reviewed the Consent of Judgment filed herein by D.M. Ward, LLC ("DM Ward") and American Contractors Indemnity Company ("ACIC"), and having found sufficient cause shown,

HEREBY FINDS that pursuant to the agreement between ACIC and DM Ward, the Consent Judgment should be entered against Defendant DM Ward on ACIC's claim of Breach of Contract for Indemnity; and

FURTHER FINDS in favor of ACIC on its claim of Breach of Contract for Indemnity and its request for payment of $161,027.90 (the "Judgment Amount"); plus post-judgment interest which shall accrue on the Judgment Amount of $161,027.90 at the statutory rate of 9% per annum, from December 2, 2011, until the date the Judgment Amount is paid in full.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment should be, and is hereby, entered in favor of Plaintiff American Contractors Indemnity Company against Defendant DM Ward, LLC on Count I of the Complaint for Breach of Contract for Indemnity, in the Judgment Amount of $161,027.90, plus post-judgment interest which shall accrue on the principal sum of $161,027.90 at the statutory rate of 9% per annum, from December 2, 2011, until the date American Contractors Indemnity Company is paid in full.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER
U. S. Magistrate Judge**